UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Martin Rivas DEL CASTILLO,
Defendant–Appellant.

No. 12–10095.

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2014.*

Filed May 27, 2014.

Christina Marie Cabanillas, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

775

Peter A. Kelly, Palominas, AZ, for Defendant–Appellant.

Juan Martin Rivas Del Castillo, pro se.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

### MEMORANDUM **

Juan Martin Rivas del Castillo appeals from the district court's judgment and challenges his guilty-plea conviction and 144–month sentence for possession with 12–10095 intent to distribute methamphetamine and cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); and importation of methamphetamine and cocaine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 960(b)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rivas del Castillo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Rivas del Castillo has filed pro se supplemental opening and reply briefs and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.